# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETSOCKET, INC.,**<br><br>    Plaintiff,<br><br>  v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>    Defendant. | **JURY TRIAL DEMANDED**<br><br>Case No. 2:22-cv-00172-JRG |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, NetSocket, Inc., ("NetSocket"), files this disclosure statement with the court clerk as required by Federal Rules of Civil Procedure 7.1.

1. NetSocket is a privately owned corporation.

2. No publicly held corporation owns ten percent (10%) or more of NetSocket.

Dated: May 25, 2022

                                        Respectfully submitted,

                                        By: */s/ Greg Love*
                                        Greg Love
                                        State Bar No. 24013060
                                        Email: greg@swclaw.com
                                        Mark D. Siegmund
                                        State Bar No. 24117055
                                        Email: mark@swclaw.com
                                        Craig D. Cherry
                                        State Bar No. 24012419
                                        Email: craig@swclaw.com
                                        Justin Allen
                                        State Bar No. 24081977
                                        Email: justin@swclaw.com
                                        **STECKLER WAYNE CHERRY & LOVE, PLLC**
                                        8416 Old McGregor Road

Waco, Texas 76712
Tele: (254) 651-3690
Fax: (254) 651-3689

Thomas G. Southard
Brian S. Seal
Shaun D. Gregory
(*Pro Hac Vice* admissions to be requested)
**TAFT STETTINIUS & HOLLISTER LLP**
200 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Tele: (202) 664-1537
Fax: (202) 664-1586
tsouthard@taftlaw.com
bseal@taftlaw.com
sgregory@taftlaw.com

Richard Eric Gaum
(*Pro Hac Vice* admission to be requested)
**TAFT STETTINIUS & HOLLISTER LLP**
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tele: (216) 241-2838
Fax: (216) 241-3707
egaum@taftlaw.com

Shalu Maheshwari
(*Pro Hac Vice* admission to be requested)
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22102
Tele: (202) 997-1925
smaheshwari@daignaultiyer.com

*Attorneys for Plaintiff NetSocket, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 25th day of May 2022.

/s/ *Greg Love*
Greg Love