AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas
Marhall Division

| | |
|---|---|
| NetSocket, Inc. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:22-cv-00172-JRG |
| Cisco Systems, Inc. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cisco Systems, Inc.
c/o CSC - Lawyers Incoporating Service Company
211 E. 7th Street
Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Greg Love
Steckler Wayne Cherry & Love
8416 Old McGregor Road
Waco, TX 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:   **5/24/22**   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-00172-JRG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Cisco Systems, Inc.

was received by me on *(date)*   5/24/22   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Service was effected by certified mail, return receipt requested, no. 7013 2250 0000 4429 5523 on
May 31, 2022, to CSC, Lawyers Incorporating Service Company, 211  E. 7th Street, Suite 630,
Austin, TX 78701-3218, registered agent for Cisco Systems, Inc.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/14/2022

/s/  *Greg Love*
*Server's signature*

Greg Love
*Printed name and title*

107 East Main Street
Henderson, Texas 75652
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cisco Systems, Inc.
c/o CSC - Lawyers Incorporating
  Service Company
211 E. 7th Street, Suite 630
Austin, TX. 78701-3218

9590 9402 3700 7335 7412 04

2. Article Number (Transfer from service label)

7013 2250 0000 4429 5523

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Viva Tejas Logistics (AAO)   ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

MAY 3 1 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

David Grant

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ────── stricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3700 7335 7412 04

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Greg Love
Steckler Wayne Cherry & Love
107 East Main Street
Henderson, TX 75671



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.96 |
| Certified Fee | 3.75 |
| Return Receipt Fee (Endorsement Required) | 3.05 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.76 |

Cisco

Sent To
CSC - Lawyers Incorp
Street, Apt. No.; or PO Box No. 211 E 7th St Ste 630
City, State, ZIP+4 Austin TX 78701-3218

PS Form 3800, August 2006                    See Reverse for Instructions

7013 2250 0000 4429 5523