IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.,<br><br>        Defendant. | NO. 2:22-CV-00172-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Sarah E. Piepmeier of Perkins Coie LLP hereby appears as counsel of record for defendant Cisco Systems, Inc. in the above-captioned matter. Copies of all pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action are requested to be served on Sarah E. Piepmeier at the following address and email:

    Sarah E. Piepmeier
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, California 94105
    Telephone: (415) 344-7000
    Facsimile: (415) 344-7050
    Email: SPiepmeier@perkinscoie.com
    State Bar No. 227094

Dated: July 18, 2022                                                   Respectfully submitted,

                                                                                         */s/ Sarah E. Piepmeier*
                                                                                         Sarah E. Piepmeier
                                                                                         PERKINS COIE LLP
                                                                                         505 Howard Street, Suite 1000
                                                                                         San Francisco, California 94105
                                                                                         Telephone: (415) 344-7000
                                                                                         Facsimile: (415) 344-7050
                                                                                         Email: SPiepmeier@perkinscoie.com
                                                                                         State Bar No. 227094
                                                                                         Attorneys for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served July 18, 2022 to all counsel of record, via the Court's CM/ECF system

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier