# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.,<br><br>　　　　　Defendant. | NO. 2:22-CV-00172-JRG |

## CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cisco Systems, Inc. states that it has no parent corporation, and it is not aware of any publicly held corporation that currently owns 10% or more of Cisco Systems, Inc.'s stock.

Dated: July 18, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sarah E. Pipmeier*
　　　　　　　　　　　　　　　　　　　　　　Sarah E. Piepmeier, Bar No. 227094
　　　　　　　　　　　　　　　　　　　　　　SPiepmeier@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　　　　　　505 Howard Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　San Francisco, California 94105

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served July 18, 2022 to all counsel of record, via the Court's CM/ECF system

/s/*Sarah E. Piepmeier*
Sarah E. Piepmeier