IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems, Inc., <br><br> Defendant. | NO. 2:22-CV-00172-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Janice L. Ta of Perkins Coie LLP hereby appears as counsel of record for defendant Cisco Systems, Inc. in the above-captioned matter. Copies of all pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action are requested to be served on Janice Ta at the following address and email:

Janice L. Ta
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300
Email: JTa@perkinscoie.com
Texas State Bar No. 24075138

Dated: July 18, 2022

Respectfully submitted,

/s/ Janice L. Ta
Janice L. Ta
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300
Email: JTa@perkinscoie.com
Texas State Bar No. 24075138
Attorneys for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served July 18, 2022 to all counsel of record, via the Court's CM/ECF system

*/s/ Janice L. Ta*
Janice L. Ta