AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Cisco Systems, Inc., <br><br> *Defendant*. | CIVIL ACTION NO. 2:22-CV-00172-JRG |

**[PROPOSED] ORDER**

Before the Court is Defendant Cisco Systems, Inc.'s 12(b)(6) Motion to Dismiss Plaintiff's induced, contributory, and pre-suit willful infringement claims. Having considered the motion, the Court is of the opinion that the Motion should be GRANTED. Accordingly, Plaintiff's induced, contributory, and pre-suit willful infringement claims are hereby DISMISSED.

SIGNED this ____ day of _____, 2022.

_____
Honorable James Rodney Gilstrap
United States District Court Judge
