AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc.,<br><br>   *Plaintiff*,<br><br>v.<br><br>Cisco Systems, Inc.,<br><br>   *Defendant*. | CIVIL ACTION NO. 2:22-CV-00172-JRG |

**[PROPOSED] ORDER**

  Before the Court is Defendant Cisco Systems, Inc.'s 12(b)(6) Motion to Dismiss Plaintiff's induced, contributory, and pre-suit willful infringement claims. Having considered the motion, the Court is of the opinion that the Motion should be GRANTED. Accordingly, Plaintiff's induced, contributory, and pre-suit willful infringement claims are hereby DISMISSED.