# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF TEXAS
# MARSHALL

| | | |
|---|---|---|
| **NetSocket, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Case No. 2:22-cv-00172-JRG |
| **Cisco Systems, Inc.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Mark D. Siegmund of the law firm STECKER WAYNE CHERRY & LOVE, PLLC, is appearing as additional counsel of record for Plaintiff NetSocket, Inc. Mr. Siegmund hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: August 8, 2022

/s/ Mark D. Siegmund
Mark D. Siegmund
Texas Bar No. 24117055
mark@swclaw.com
Steckler Wayne Cherry & Love, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: No.: (254) 651-3690
Facsimile No.: (254) 651-3689

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on August 8, 2022.

                                      */s/ Mark D. Siegmund*
                                      Mark D. Siegmund