IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL

| | |
|---|---|
| **NetSocket, Inc.,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Case No. 2:22-cv-00172-JRG |
| § | |
| **Cisco Systems, Inc.,** § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendant*. § | |

## NOTICE OF APPEARANCE

Please take notice that Chris J. Zhen of the law firm STECKER WAYNE CHERRY & LOVE, PLLC, is appearing as additional counsel of record for Plaintiff NetSocket, Inc. Mr. Zhen hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: August 8, 2022

/s/ *Chris J. Zhen*
Chris J. Zhen
California Bar No. 275575
chris@swclaw.com
Steckler Wayne Cherry & Love, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: No.: (254) 651-3690
Facsimile No.: (254) 651-3689

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on August 8, 2022.

                                      */s/ Chris J. Zhen*
                                      Chris J. Zhen