IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NetSocket, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc.,<br><br>   Defendant. | Civil Action No.<br>2:22-cv-00172-JRG<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S STATEMENT IN RESPONSE TO**
**<u>DEFENDANT CISCO SYSTEMS, INC.'S 12(b)(6) MOTION TO DISMISS</u>**

Plaintiff NetSocket, Inc. ("Plaintiff") respectfully disagrees with the contentions raised by Defendant Cisco Systems, Inc.'s ("Defendants") motion to dismiss Plaintiff's claims for induced, contributory, and willful infringement.  However, to further address those contentions, Plaintiff filed an amended complaint with additional facts supporting Plaintiff's claims for induced, contributory, and willful infringement.

DATED:  August 19, 2022

    Respectfully submitted,

By: */s/ Greg Love*
Greg Love
State Bar No. 2403060
Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tele:  (254) 651-3690
Fax:   (254) 651-3689
greg@swclaw.com
mark@swclaw.com

Thomas G. Southard
Brian S. Seal
Shaun D. Gregory
(*Pro Hac Vice* admissions to be requested)
**TAFT STETTINIUS & HOLLISTER LLP**
200 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Tele:  (202) 664-1537
Fax:  (202) 664-1586
tsouthard@taftlaw.com
bseal@taftlaw.com
sgregory@taftlaw.com

Richard Eric Gaum
(*Pro Hac Vice* admission to be requested)

2

**TAFT STETTINIUS & HOLLISTER LLP**
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tele:  (216) 241-2838
Fax:  (216) 241-3707
egaum@taftlaw.com


Shalu Maheshwari
(*Pro Hac Vice* admission to be requested)
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22102
Tele: (202) 997-1925
smaheshwari@daignaultiyer.com

*Attorneys for Plaintiff NetSocket, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record as being served with a copy of the foregoing document via the court's CM/ECF system on August 19, 2022.

*/s/ Greg Love*
Greg Love
