**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NETSOCKET, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>Defendant. | **Case No. 2:22-cv-00172-JRG**<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER</u>

Before the Court is Plaintiff Netsocket, Inc.'s Opposed Motion to Compel. After consideration of the merits and all matters properly before the Court, the Court finds that the motion should be GRANTED.

It is therefore **ORDERED** that Defendant Cisco Systems, Inc. shall (1) identify and produce portions of the source code related to Quality of Service (QoS) functionality/technologies used in Cisco SD-WAN, Viptela SD-WAN, Cisco Meraki, StarOS, Cisco ACI/APIC, and Cisco DNA ("Cisco Source Code"); and (2) identify which Cisco products or systems use this code per Plaintiff's Interrogatory No. 6.