**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETSOCKET, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-CV-00172-JRG |
| | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

## JOINT MOTION REGARDING STIPULATION OF DISMISSAL OF US PATENT NO. 7,616,601 BY NETSOCKET, INC. AND CISCO SYSTEMS, INC.

Plaintiff NetSocket, Inc. ("NetSocket"), together with Defendant Cisco Systems, Inc. ("Cisco") respectfully submit this Joint Motion requesting that the Court adopt and enter the Joint Stipulation between NetSocket and Cisco regarding the dismissal with prejudice of US Patent No. 7,616,601, (the '601 Patent) submitted as Exhibit A to this Motion, in accordance with the Third Docket Control Order (Dkt. No. 112).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties further request that the Court enter the proposed order attached as Exhibit B to this Motion dismissing with prejudice NetSocket's claims for infringement of the '601 Patent against Cisco based on Cisco's manufacture, importation, use, sale and/or offer for sale of any accused Cisco products.

For the reasons set forth herein, NetSocket and Cisco respectfully request that the Court grant this Joint Motion to (1) adopt and enter the Stipulation attached as Exhibit A and (2) enter the proposed order dismissing with prejudice NetSocket's claims for infringement of the '601 Patent, and Cisco's Counterclaims related to the '601 Patent.

1

Dated:  March 4, 2024

Respectfully submitted,

/s/    Zachary H. Ellis
Zachary H. Ellis*
Texas State Bar No. 24122606
zellis@daignaultiyer.com
512-829-7992

Of counsel:
Ronald M. Daignault* (pro hac vice)
Chandran B. Iyer (pro hac vice)
Jason S. Charkow* (pro hac vice)
Scott R. Samay (pro hac vice)
Oded Burger* (admitted to practice)
Shailendra K. Maheshwari* (admitted to
practice)
Tedd W. Van Buskirk* (pro hac vice)
Stephanie R. Mandir (pro hac vice)
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Ste 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
oburger@daignaultiyer.com
smaheshwari@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
*Not admitted in Virginia

Brian S. Seal (pro hac vice)
Thomas G. Southard (pro hac vice)
Shaun D. Gregory (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Massachusetts Ave., Suite 400
Washington, DC 20001
Tel: (202) 664-1537
bseal@taftlaw.com
tsouthard@taftlaw.com
sgregory@taftlaw.com

Richard Eric Gaum (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838

/s/    Janice L. Ta
Sarah E. Piepmeier (SBN 227094)
Email: SPiepmeier@perkinscoie.com
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415-344-7000

Janice L. Ta (SBN 24075138)
Email: JTa@perkinscoie.com
**Perkins Coie LLP**
405 Colorado St., Suite 1700
Austin, TX 78701
Tel: 737-256-6100

Ryan B Hawkins (SBN 256146)
Email: rhawkins@perkinscoie.com
**Perkins Coie LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel: 858/720-5709

Hessam Gharaviram (*Pro Hac Vice*)
Email: hgharaviram@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4319

James Miller (SBN 55524)
Email: jmiller@perkinscoie.com
Samantha Hunt (*Pro Hac Vice*)
Email: samanthahunt@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206-359-8584

Nathanael D Andrews* (*Pro Hac Vice*)
*Admitted only in California
Email: nandrews@perkinscoie.com
**Perkins Coie LLP**
700 13th St., NW, Suite 800
Washington, DC 20005
Tel: 202-661-5882

Melissa R. Smith, Bar No. 24001351
J. Travis Underwood Bar No. 24102587

2

egaum@taftlaw.com

Mira Vats-Fournier (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-977-8075
Mvats-fournier@taftlaw.com

*Attorneys for Plaintiff NetSocket Inc.*

GILLAM & SMITH, L.L.P.
303 South Washington Ave
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Cisco Systems Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned counsel hereby certifies that counsel for the Defendant met and conferred with counsel for Plaintiff pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

*/s/ Zachary H. Ellis*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing document was filed electronically on March 4, 2024, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Zachary H. Ellis*