# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETSOCKET, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:22-CV-00172-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff NetSocket, Inc.'s and Defendant Cisco Systems, Inc.'s Joint Motion to enter and adopt the Joint Stipulation regarding dismissal of the claims and counterclaims pertaining to US Patent No. 7,616,601 (the "'601 Patent") from this action with prejudice.

Having duly considered the Parties' submission, the Court **GRANTS** the Motion. The Court enters and takes judicial notice of the Stipulation attached to the Joint Motion as Exhibit A.

**IT IS ORDERED** that "Count 1 – Claim for infringement of the '601 patent" is dismissed with prejudice. **IT IS FURTHER ORDERED** that Cisco's First, Second, Third, Fourth, and Fifth Counterclaim pertaining to the '601 patent are dismissed with prejudice.

No other claims relating to the other asserted patents are affected by this Order.