**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETSOCKET, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> CISCO SYSTEMS, INC., <br><br>           Defendant. | Civil Action No. 2:22-CV-00172-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Defendant Cisco Systems, Inc. ("Cisco") and Plaintiff NetSocket, Inc. ("NetSocket") hereby move this Court to amend the Fifth Amended Docket Control Order to extend certain pre-trial dates as shown in the attached proposed amended docket control order. The proposed schedule will not necessitate moving the deadlines for the pre-trial conference or trial.

The parties do not seek this extension for the purpose of delay, and indeed have been working collaboratively during a busy time. The requested extension is necessary to accommodate an unforeseen medical emergency that arose this past weekend. *See* Decl. of Sarah Piepmeier at ¶ 2-3. Specifically, on Saturday morning, May 11, 2024, a core member of Cisco's Perkins Coie team was taken to the Emergency Room by ambulance after becoming unconscious and was subsequently admitted to the hospital. *Id.* at ¶ 2. Lead counsel for Cisco learned of the issue over the weekend and notified counsel for NetSocket early Monday morning. *Id.* at ¶¶ 3, 5. This team member has been working on the instant matter full time and is a key member of the team for Cisco; their medical situation is serious, and their doctor has indicated that they must immediately go on leave until the end of May. *Id.* at ¶¶ 2–4. Given the stage of this matter (imminent close of fact discovery), such an absence causes unavoidable disruption. *Id.* at ¶ 4.

1

The parties jointly seek to extend deadlines by approximately two weeks to permit Cisco's team to bring in new team members to cover for their colleague. *Id.* at ¶ 6. The parties therefore respectfully request that the Court enter the attached proposed amended docket control order.

Dated: May 16, 2024

Respectfully submitted,

*/s/ Oded Burger*
Zachary H. Ellis*
Texas State Bar No. 24122606
zellis@daignaultiyer.com
512-829-7992

Of counsel:
Ronald M. Daignault* (pro hac vice)
Chandran B. Iyer (pro hac vice)
Jason S. Charkow* (pro hac vice)
Scott R. Samay (pro hac vice)
Oded Burger* (admitted to practice)
Shailendra K. Maheshwari* (admitted to practice)
Tedd W. Van Buskirk* (pro hac vice)
Stephanie R. Mandir (pro hac vice)
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Ste 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
oburger@daignaultiyer.com
smaheshwari@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
*Not admitted in Virginia

Brian S. Seal (pro hac vice)
Thomas G. Southard (pro hac vice)
Shaun D. Gregory (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Massachusetts Ave., Suite 400
Washington, DC 20001
Tel: (202) 664-1537
bseal@taftlaw.com
tsouthard@taftlaw.com

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (SBN 227094)
Email: SPiepmeier@perkinscoie.com
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415-344-7000

Janice L. Ta (SBN 24075138)
Email: JTa@perkinscoie.com
**Perkins Coie LLP**
405 Colorado St., Suite 1700
Austin, TX 78701
Tel: 737-256-6100

Ryan B Hawkins (SBN 256146)
Email: rhawkins@perkinscoie.com
**Perkins Coie LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel: 858/720-5709

Hessam Gharaviram (*Pro Hac Vice*)
Email: hgharaviram@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4319

James Miller (SBN 55524)
Email: jmiller@perkinscoie.com
Samantha Hunt (*Pro Hac Vice*)
Email: samanthahunt@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206-359-8584

Nathanael D Andrews* (*Pro Hac Vice*)
*Admitted only in California

2

sgregory@taftlaw.com

Richard Eric Gaum (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
egaum@taftlaw.com

Mira Vats-Fournier (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-977-8075
Mvats-fournier@taftlaw.com

*Attorneys for Plaintiff NetSocket Inc.*

Email: nandrews@perkinscoie.com
**Perkins Coie LLP**
700 13th St., NW, Suite 800
Washington, DC 20005
Tel: 202-661-5882

Melissa R. Smith, Bar No. 24001351
J. Travis Underwood Bar No. 24102587
GILLAM & SMITH, L.L.P.
303 South Washington Ave
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Cisco Systems Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that counsel for the Defendant met and conferred with counsel for Plaintiff pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

/s/ Sarah E. Piepmeier
Sarah E. Piepmeier

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed electronically on May 16, 2024, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier
