UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETSOCKET, INC., <br><br> Plaintiff, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:22-cv-172-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

The Parties respectfully file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

The Parties require additional time to finalize expert reports. The Parties request that the deadline to serve disclosures for expert witnesses by the party with the burden of proof be extended to June 16, 2024. Further, the Parties request that the deadline to serve disclosures for rebuttal expert witnesses be extended to July 5, 2024. The Parties are not asking to modify any other dates at this time, but are meeting and conferring regarding the possibility of further changes to the schedule leading up to trial.

Accordingly, the Parties request the Court grant this Motion and enter the attached proposed Seventh Amended Docket Control Order.

Dated: June 12, 2024

Respectfully submitted,
*/s/ Zachary H. Ellis*
Zachary H. Ellis*
Texas State Bar No. 24122606
zellis@daignaultiyer.com
512-829-7992
Of counsel:
Ronald M. Daignault* (pro hac vice)

1

Chandran B. Iyer (pro hac vice)
Jason S. Charkow* (pro hac vice)
Scott R. Samay (pro hac vice)
Oded Burger* (admitted to practice)
Shailendra K. Maheshwari* (admitted to practice)
Tedd W. Van Buskirk* (pro hac vice)
Stephanie R. Mandir (pro hac vice)
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Ste 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay#daignaultiyer.com
oburger@daignaultiyer.com
smaheshwari@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
*Not admitted in Virginia

Brian S. Seal (pro hac vice)
Thomas G. Southard (pro hac vice)
Shaun D. Gregory (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Massachusetts Ave., Suite 400
Washington, DC 20001
Tel: (202) 664-1537
bseal@taftlaw.com
tsouthard@taftlaw.com
sgregory@taftlaw.com

Richard Eric Gaum (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
egaum@taftlaw.com

Mira Vats-Fournier (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-977-8075
Mvats-fournier@taftlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ *Sarah E. Piepmeier*
Sarah E. Piepmeier
Email: SPiepmeier@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105; Tel: 415-344-7000
Hessam Gharaviram
Email: hgharaviram@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212; Tel: 650-838-4319

James Miller
Email: jmiller@perkinscoie.com
Samantha Hunt
Email: samanthahunt@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101; Tel: 206-359-8584

Janice L. Ta
Email: JTa@perkinscoie.com
Perkins Coie LLP
405 Colorado St., Suite 1700
Austin, TX 78701; Tel: 737-256-6100

Nathanael D Andrews*
Email: nandrews@perkinscoie.com
Perkins Coie LLP
700 13th St., NW, Suite 800
Washington, DC 20005; Tel: 202-661-5882
*Admitted only in California

Ryan B Hawkins
Email: rhawkins@perkinscoie.com
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080;
Tel: 858/720-5709

*Attorneys for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant pursuant to Local Rule CV-7(h). Counsel for Defendant confirmed that this motion is filed jointly.

*/s/ Jason S. Charkow*
Jason S. Charkow

## CERTIFICATE OF SERVICE

I certify the foregoing document was filed electronically on June 12, 2024, pursuant to Local Rule CV-5(a) and was served on all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Zachary H. Ellis*
Zachary H. Ellis