Is UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| NETSOCKET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | NO. 2:22-CV-00172-JRG |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

  Cisco respectfully requests that the Court allow attorney Samantha Hunt to withdraw as counsel for Defendant Cisco Systems, Inc. ("Cisco"). Samantha Hunt is no longer affiliated with Perkins Coie LLP, which is acting as counsel for Cisco in this matter.

  This withdrawal will not cause a continuance or delay and will not prejudice Cisco or any other party to this action.

  Cisco consents and Plaintiff is not opposed to this motion.

Dated: July 15, 2024

Respectfully submitted,

*/s/  Janice Ta*
Janice Ta
Email: JTa@perkinscoie.com
**Perkins Coie LLP**
405 Colorado Street, Suite 1700
Austin, TX 78707-0089;
Tel: (737) 256-6125
*Counsel for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF CONFERENCE

This will certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) on July 12, 2024, and Plaintiff's counsel are not opposed to the relief sought.

/s /  Janice Ta<br>
Janice Ta

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 15th day of July 2024.

/s /  Janice Ta<br>
Janice Ta