IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETSOCKET, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 2:22-CV-00172-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF TRIAL CONFLICT

The Court recently set trial to commence in this case on December 9, 2024. (Dkt. 171.) Cisco files this Notice to notify the Court that one of its testifying expert witnesses is also a testifying witness in a case pending in the United States District Court for the District of Delaware, *AlterWAN, Inc. v. Amazon.com, Inc.*, Case No. 1-19-cv-01544, before The Honorable Maryellen Noreika. That case has a previously scheduled trial set to commence on December 9, 2024. Cisco has also notified NetSocket of this potential conflict.

Cisco is not requesting any relief at this time and will notify the Court closer in time to the currently scheduled trial date if the conflict remains.

Dated: July 16, 2024

                                            Respectfully submitted,

                                            */s/ Nathan B. Sabri*
                                            Sarah E. Piepmeier (SBN 227094)
                                            Email: SPiepmeier@perkinscoie.com
                                            Nathan B. Sabri (*Pro Hac Vice*)
                                            Email: NSabri@perkinscoie.com
                                            Elise Edlin (*Pro Hac Vice*)
                                            Email: EEdlin@perkinscoie.com
                                            Mathieu Swiderski (*Pro Hac Vice*)
                                            Email: MSwiderski@perkinscoie.com
                                            **Perkins Coie LLP**

505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415-344-7000

Janice L. Ta (SBN 24075138)
Email: JTa@perkinscoie.com
**Perkins Coie LLP**
405 Colorado St., Suite 1700
Austin, TX 78701
Tel: 737-256-6100

Ryan B. Hawkins (SBN 256146)
Email: rhawkins@perkinscoie.com
**Perkins Coie LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel: 858/720-5709

James Miller (SBN 55524)
Email: jmiller@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206-359-8584

Melissa R. Smith, Bar No. 24001351
J. Travis Underwood Bar No. 24102587
GILLAM & SMITH, L.L.P.
303 South Washington Ave
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Cisco Systems Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on July 16, 2024, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Nathan B. Sabri*
Nathan B. Sabri
