IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETSOCKET, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No. 2:22-CV-00172-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE TO REFER CASE FOR MEDIATION

Plaintiff NetSocket, Inc. ("NetSocket") and Defendant Cisco Systems, Inc. ("Cisco") hereby notify the Court, pursuant to the Eighth Amended Docket Control Order (D.I. 171) that the parties believe that this case may benefit from referral to a mediator. The parties have agreed to Karl Bayer of JAMS, provided there are no conflicts of which the parties are currently unaware. The parties are working on potential mediation dates and expect to have such dates shortly.

Dated: July 19, 2024

/s/ *Oded Burger*
Oded Burger*
New York State Bar No. 4910808
oburger@daignaultiyer.com
917-698-2508

Of Counsel:
Ronald M. Daignault* (pro hac vice)
Chandran B. Iyer (pro hac vice)
Jason S. Charkow* (pro hac vice)
Scott R. Samay (pro hac vice)
Shailendra K. Maheshwari* (admitted to practice)
Tedd W. Van Buskirk* (pro hac vice)
Stephanie R. Mandir (pro hac vice)

Respectfully submitted,

/s/ *Nathan B. Sabri*
Sarah E. Piepmeier (SBN 227094)
Email: SPiepmeier@perkinscoie.com
Nathan B. Sabri (*Pro Hac Vice*)
Email: NSabri@perkinscoie.com
Elise Edlin (*Pro Hac Vice*)
Email: EEdlin@perkinscoie.com
Mathieu Swiderski (*Pro Hac Vice*)
Email: MSwiderski@perkinscoie.com
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415-344-7000

Janice L. Ta (SBN 24075138)
Email: JTa@perkinscoie.com

DAIGNAULT IYER LLP
8229 Boone Blvd., Ste 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smaheshwari@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
*Not admitted in Virginia

Brian S. Seal (pro hac vice)
Thomas G. Southard (pro hac vice)
Shaun D. Gregory (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Massachusetts Ave., Suite 400
Washington, DC 20001
Tel: (202) 664-1537
bseal@taftlaw.com
tsouthard@taftlaw.com
sgregory@taftlaw.com

Richard Eric Gaum (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
egaum@taftlaw.com

Mira Vats-Fournier (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-977-8075
Mvats-fournier@taftlaw.com

*Attorneys for Plaintiff NetSocket Inc.*

**Perkins Coie LLP**
405 Colorado St., Suite 1700
Austin, TX 78701
Tel: 737-256-6100

Ryan B Hawkins (SBN 256146)
Email: rhawkins@perkinscoie.com
**Perkins Coie LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel: 858/720-5709

James Miller (SBN 55524)
Email: jmiller@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206-359-8584

Melissa R. Smith, Bar No. 24001351
J. Travis Underwood Bar No. 24102587
GILLAM & SMITH, L.L.P.
303 South Washington Ave
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Cisco Systems Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that counsel for the Plaintiff met and conferred with counsel for Defendant pursuant to Local Rule CV-7(h). The Parties are jointly submitting this this Notice.

/s/ Jason Charkow
Jason S. Charkow

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on July 19, 2024, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via the Court's CM/ECF system.

/s/ Jason Charkow
Jason S. Charkow
