IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

NETSOCKET, INC.

    *Plaintiff*,

vs.

CISCO SYSTEMS, INC.

    *Defendant.*

CIVIL ACTION NO. 2:22-CV-172-JRG

## **HOTLINE ORDER**

The undersigned conducted a telephonic hearing at approximately 4:35 p.m. on August 29, 2024, regarding a discovery dispute between the parties, during the deposition of Plaintiffs Expert Witness, Dr. Paul Congdon. Defendant initiated the call. At the deposition Hoda Rifai-Bashjawish (Plaintiff's counsel) objected to questions asked by Janice Le Ta (Defendant's counsel) on the basis that the questions exceeded the scope of the deposition topics. Defendant asserted that the questions at issue were permissible cross-examination questions. Defendant also objected to the Plaintiff's counsel's speaking objections.

The undersigned finds that Defendant's questions are typical deposition questions regarding alleged inconsistencies in the expert's reports. Pursuant to the court's ruling, Plaintiff's objections are **OVERRULED**. The Parties are reminded that neither the Federal Rules of Civil Procedure or the Eastern District of Texas Local Rules allow for speaking objections. It is **ORDERED** that the parties move forward with the deposition.

    **SIGNED this the 30th day of August, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE