IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETSOCKET, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00172-JRG |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant*. | § § | |

### ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff NetSocket, Inc. and Defendant Cisco Systems, Inc. (collectively, the "Parties"). (Dkt. No. 289.) In the Motion, the Parties ask this Court to dismiss "the above-entitled cause and all claims by NetSocket against Cisco and all claims by Cisco against NetSocket made therein with prejudice to the re-filing of same." (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the above-captioned case and all claims against Cisco by NetSocket and against NetSocket by Cisco are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief in this case not expressly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

So ORDERED and SIGNED this 5th day of December, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE